# UNITED STATES DISTRICT COURT

NORTHERN            DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | **FILED** | UNDER SEAL **MAGISTRATE JUDGE VALDEZ** |
| v. | FEB 1 2 2008 | CRIMINAL COMPLAINT |
| KEVIN JAMES BUJAK | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT | CASE NUMBER:<br>**08CR 0125** |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my

knowledge and belief.

On or about ___January 30, 2008,___ in ___Cook County___, in the ___Northern District of Illinois, Eastern

Division___, defendant did,

> by force and violence, and by intimidation, take from the person and presence of a bank employee approximately $6,040 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, 1 West Devon Avenue, Park Ridge, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title 18, United States Code, Section 2113(a).

I further state that I am ___a Special Agent with the Federal Bureau of Investigation___ and that this complaint

is based on the following facts:

> See attached affidavit.

Continued on the attached sheet and made a part hereof: _X_ Yes      ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 12 2008                at      Chicago, Illinois
Date                                    City and State

Maria Valdez, U.S. Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

STATE OF ILLINOIS          )
                           )
COUNTY OF COOK             )

## AFFIDAVIT

I, Sean K. Carr, being duly sworn, do hereby state and depose as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have

been so employed for approximately four years and eleven months. I am currently assigned to

the violent crimes squad of the FBI's Rolling Meadows office, North Resident Agency. My

duties include the investigation of bank robberies and other violent crimes.

2.      This affidavit is in support of a complaint charging KEVIN JAMES BUJAK with

bank robbery in violation of Title 18 U.S.C. Section 2113(a). I make this affidavit based upon

my personal knowledge, my participation in this investigation, reports I have read, and

conversations I have had with others who have personal knowledge of the events and

circumstances described herein. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all details or all facts of which I am

aware relating to this investigation.

### January 30, 2008 Robbery of TCF Bank

3.      According to Teller A, who was working at TCF Bank, 1 West Devon Avenue,

Park Ridge, Illinois, on January 30, 2008, at approximately 4:15 p.m., she observed a white male,

approximately 6' or 6'1" in height, around 40 years of age, with a medium build, a slim face with

pimples or a mole, rotten-looking teeth, a pointy nose, and brown hair, wearing a baseball-style

cap and a red-and-dark-colored checked jacket over a garment with a grey hood, standing in line

at her teller station. Teller A was counting cash at the time.

4.      The man told Teller A that she should give him the cash that she was counting,

and he presented her with a note on orange or brown construction paper. Teller A saw that the note, which the man had produced from a manilla envelope, had the word "gun" written on it, along with other words that Teller A saw but did not focus upon. The man told Teller A to "hurry up" and that "this is not a joke" and that Teller A should not put a dye pack in with the money. Teller A gave the man approximately $6,040 in United States currency, in the form of 100-dollar bills and 20-dollar bills. The man took the currency from Teller A, flipped through the currency, put the currency and his note into the manilla envelope, and walked out of the bank.

5. I have reviewed surveillance footage from TCF Bank from around the time of the robbery. The surveillance footage from around the time of the robbery shows a man matching the robber's description given by bank employees exiting the passenger side of a van, entering the bank, and returning to the passenger side of the van. The van appears to be a two-tone-colored van, possibly an older model Plymouth or Dodge caravan.

## Identification of KEVIN JAMES BUJAK

6. On February 1, 2008, I met with Witness A, who works as a clerk at the Village Motel, 6871 Milwaukee Ave, Niles, Illinois. Witness A was shown several photos of a man, including a photo taken from the TCF Bank's surveillance footage of the robber, and was asked if she recognized the individual in the photos. Witness A advised that the person appeared to match the description of someone who had checked into the Village Motel within the last week. Witness A provided the original registration card that was filled out by her and that was signed by the guest who she believed matched the photos that I provided to her. Witness A also told me that guests are required to provide identification when registering.

7. The individual listed on the registration card was KEVIN JAMES BUJAK. According to the registration card, BUJAK's Drivers License ID number is 2205-1071-203B.

8.      My review of the State of Illinois' drivers license record for BUJAK indicated that

BUJAK is a white male, approximately 6'1", 205 pounds, date of birth 7/17/1971.

9.      On February 5, 2008, detectives with the Park Ridge Police Department asked

Teller A to attempt to identify the person responsible for the robbery that occurred on January 30,

2008 at TCF Bank, 1 West Devon Ave, Park Ridge, IL. Teller A consented to doing so, and she

was shown six booking photos of individuals who are similar in appearance, including one of

BUJAK. Teller A identified BUJAK as the person who robbed her teller station. Teller A

signed and dated the photo in the presence of Park Ridge detectives.

10.     Law enforcement agents have compared the video from the robbery at TCF Bank

on January 30, 2008 with booking photos of BUJAK, whose appearance and physical description

match the robber depicted in the video surveillance.

11.     My investigation into the Illinois Secretary of State's records shows that BUJAK

is the registered owner of a 1993 Dodge Caravan, with two tones of green, with Illinois license

X605258.

## FDIC Insured Status of TCF Bank

12.     Based on a Federal Deposit Insurance Corporation ("FDIC") certificate received

from TCF Bank, on January 30, 2008, at the time of the robbery, the FDIC insured the deposits

of the TCF Bank located at 1 West Devon Avenue, Park Ridge, Illinois.

## Conclusion

13.    Based on the facts set forth above, I believe there exists probable cause to believe

that KEVIN JAMES BUJAK, robbed the TCF Bank located at 1 West Devon Avenue in Park

Ridge, Illinois, on or about January 30, 2008, in violation of Title 18 U.S.C. Section 2113(a).

Further Affiant sayeth not,

Sean K. Carr
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME
this 12th day of February, 2008,

Hon. Maria Valdez
UNITED STATES MAGISTRATE JUDGE