FILED
FEB 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 0125** |
| | ) | |
| v. | ) | Hon. Maria Valdez |
| | ) | |
| KEVIN JAMES BUJAK | ) | **UNDER SEAL** |
| | ) | |

## MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT AS WELL AS MOTION AND ORDER SEALING COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that the Complaint, Affidavit, and Arrest Warrant in this matter, as well as this Motion to Seal and the Order to Seal the Complaint, Affidavit, and Arrest Warrant, be sealed until and including March 13, 2008, until the execution of the Arrest Warrant, or until such earlier time as the Court directs the unsealing of these documents.

In support of its motion, the government states that if the contents of the complaint, affidavit, warrant, motion and order were made public prior to the arrest of the defendant, the defendant may take action to impede any further investigation and may also interfere with his arrest.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _[signature]_
STEPHEN CHAHN LEE
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, IL 60604
(312) 353-4127