## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 | **DATE** | 2/12/2008 |
| **CASE TITLE** | USA vs. Kevin James Bujak | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued as to Kevin James Bujak on 2/12/2008. Enter Order granting Government's motion to seal complaint, affidavit, and arrest warrant as well as motion and order sealing complaint and affidavit until 3/13/08, until the execution of the arrest warrant, or until further order of the Court, whichever is earlier.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|