UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 0125** |
| | ) | |
| v. | ) | Hon. Maria Valdez |
| | ) | |
| KEVIN JAMES BUJAK | ) | **UNDER SEAL** |
| | ) | |

## ORDER

This matter having come before the Court on the *ex parte* motion of the United States for an Order placing the Complaint, Affidavit, and Arrest Warrant in this matter, as well as the Motion to Seal and this Order to Seal the Complaint, Affidavit, and Arrest Warrant, under seal,

IT IS HEREBY ORDERED THAT:

The Complaint, Affidavit and Arrest Warrant in this matter, as well as the Motion to Seal and this Order to Seal the Complaint, Affidavit, and Arrest Warrant, are hereby SEALED until and including March 13, 2008, until the execution of the Arrest Warrant, or until further order of the Court, whichever is earlier.

ENTERED:

_____
MARIA VALDEZ
U.S. Magistrate Judge

DATED this 12th day of February, 2008.