# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF: United States vs. Kevin Bujak

FOR: FILED FEB 21 2008

FEB 21 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name): Kevin Bujak

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE: 18 USC 2113a   ☒ Felony  ☐ Misdemeanor

**LOCATION NUMBER:**

**DOCKET NUMBERS**
Magistrate:
District Court: 08 CR 125
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 1500 / Dodge

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors: living expenses
Total Debt: $ _____
Monthly Payt.: $ 800

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2-21-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶

