# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 | **DATE** | 2/18/2008 |
| **CASE TITLE** | USA vs. Kevin James Bujak | | |

**DOCKET ENTRY TEXT**

Initial proceeding held on 2/18/2008 as to Kevin James Bujak. Defendant appears in response to the arrest on 2/16/08. Defendant informed of his rights. Enter order appointing Alison Siegler of the Federal Defender Program as counsel for defendant for initial appearance only. Government's oral motion to detain defendant is entered and continued to 2/21/08 at 11:30 a.m. Preliminary examination is set for 2/21/08 at 11:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|