# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

**IN UNITED STATES** ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
**IN THE CASE OF** US vs. Bujak

FILED FEB 18 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

**PERSON REPRESENTED:** Kevin Bujak

☒ Defendant – Adult
☐ Defendant – Juvenile
☐ Appellant
☐ Probation Violator
☐ Parole Violator
☐ Habeas Petitioner
☐ 2255 Petitioner
☐ Material Witness
☐ Other

**CHARGE/OFFENSE:** ☒ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
District Court: 08 CR 125

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
IF NO, give month and year of last employment: July 2005
How much did you earn per month? $500/mo
If married is your Spouse employed? ☐ Yes ☒ No

**OTHER INCOME** — ☐ Yes ☒ No

**CASH** — ☒ Yes ☐ No — $9.00

**PROPERTY** — ☒ Yes — Value $1000 — 1993 Dodge Grand Caravan

**DEPENDENTS** — ☒ Married — Total No. of Dependents: 0

**DEBTS & MONTHLY BILLS**
- rent/lodging — Monthly Payment: $800
- food — Monthly Payment: $200

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/18/08

**SIGNATURE OF DEFENDANT:** Kevin J Bujak