# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | ILLINOIS, EASTERN DIVISION |

UNITED STATES OF AMERICA     UNDER SEAL

v.

**WARRANT FOR ARREST**

KEVIN JAMES BUJAK     CASE NUMBER:   08 CR 125

**FILED**
2-19-08
FEB 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CR 0125

To:   The United States Marshal
and any Authorized United States Officer

KEVIN JAMES BUJAK

YOU ARE HEREBY COMMANDED to arrest _____
and bring him or her forthwith to the nearest magistrate to answer a(n)    _Name_

__Indictment   __Information   _X_ Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with

> by force and violence, and by intimidation, take from the person and presence of a
> bank employee approximately $6,040 in United States currency belonging to and in
> the care, custody, control, management, and possession of TCF Bank, 1 West
> Devon Avenue, Park Ridge, Illinois, the deposits of which were then insured by the
> Federal Deposit Insurance Corporation,

in violation of Title ____18____ United States Code, Section(s) __2113(a)__

MARIA VALDEZ _____     U.S. MAGISTRATE JUDGE _____
Name of Issuing Officer                                  Title of Issuing Officer

Signature of Issuing Officer               __FEBRUARY 12, 2008__    __CHICAGO, IL__
                                            Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                                 Name of Judicial Officer

| RETURN | | |
| --- | --- | --- |
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 2/12/08 | NAME AND TITLE OF ARRESTING OFFICER Sean K. Carr Special Agent, FBI | SIGNATURE OF ARRESTING OFFICER Sean K. Carr |
| DATE OF ARREST 2/17/08 | | |