

FILED
MAR 1 9 2008
MAR 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 125   **JUDGE LEINENWEBER** |
| | ) | |
| v. | ) | Violations: Title 18, United States Code |
| | ) | Sections 2113(a) and 2(a) |
| KEVIN JAMES BUJAK and | ) | **MAGISTRATE JUDGE VALDEZ** |
| MICHELLE BUJAK | ) | |
| | ) | |

### COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about January 9, 2008, at Oak Lawn, in the Northern District of Illinois, Eastern Division,

KEVIN JAMES BUJAK and
MICHELLE BUJAK,

defendants herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $5,985 in United States currency belonging to and in the care, custody, control, management, and possession of LaSalle Bank, located at 4046 111th Street, Oak Lawn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2(a).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about January 30, 2008, at Park Ridge, in the Northern District of Illinois, Eastern Division,

### KEVIN JAMES BUJAK and
### MICHELLE BUJAK,

defendants herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $6,000 in United States currency belonging to and in the care, custody, control, management, and possession of TCF Bank, located at 1 Devon Avenue, Park Ridge, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2(a).

## COUNT THREE

The UNITED STATES ATTORNEY further charges:

On or about February 8, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

> KEVIN JAMES BUJAK and
> MICHELLE BUJAK,

defendants herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $1,150 in United States currency belonging to and in the care, custody, control, management, and possession of Plaza Bank, located at 6500 W. Irving Park Road, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2(a).

A TRUE BILL:

_____
UNITED STATES ATTORNEY