

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Kevin James Bujak | | |

**DOCKET ENTRY TEXT**

Detention hearing held on 2/21/2008 as to Kevin James Bujak. Government's oral motion to unseal complaint, affidavit is granted. Alison Siegler's appearance on behalf of defendant is withdrawn. Donald V. Young's appointment for counsel for defendant is granted. Defendant having waive detention. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | yp |
|---|---|---|