## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                       Case No.: 1:08−cr−00125
                                       Honorable Harry D. Leinenweber

Kevin James Bujak, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2008:

      MINUTE entry before Judge Honorable Maria Valdez: The matter will be set for arraignment before Emergency Magistrate Judge Keys on 3/25/2008 at 09:45 AM. in Courtroom no. 2230. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.