# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 - 1,2 | **DATE** | 3/21/2008 |
| **CASE TITLE** | United States of America vs. Kevin James Bujak and Michelle Bujak | | |

**DOCKET ENTRY TEXT**

The matter will be referred to the magistrate judge for arraignment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|