# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Leinenweber | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 - 1 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA v Kevin James Bujak | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Information. 16.1A conference to be held by 4/1/08. Pretrial motions to be filed by 4/15/08. Responses to pretrial motions are due by 4/22/08. Status hearing set before Judge Leinenweber on 4/23/08 at 9:00 a.m. Time is excluded pursuant to 18:3161(h)(1). Same bond to stand. *AK*
Xt1

Docketing to mail notices.

| | Courtroom Deputy Initials: | AC |
|---|---|---|