

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.   **WAIVER OF INDICTMENT**

KEVIN JAMES BUJAK

CASE NUMBER: 08 CR 125

08 cr 125 - 1

**FILED**
MAR 2 5 2008
Mar 25 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

I, __KEVIN JAMES BUJAK__, the above named defendant, who is accused of

(1) robbing LaSalle Bank, located at 4046 111th Street, Oak Lawn, Illinois, of approximately $5,985 in United States currency on or about January 9, 2008, (2) robbing TCF Bank, located at 1 Devon Avenue, Park Ridge, Illinois, of approximately $6,000 in United States currency on or about January 30, 2008, and (3) robbing Plaza Bank, located at 6500 W. Irving Park Road, Chicago, Illinois, of approximately $1,150 in United States currency on or about February 8, 2008, all in violation of Title 18, United States Code, Sections 2113(a) and 2(a),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __March 25, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant, Kevin James Bujak

_____
Counsel for Defendant, Donald Young

Dated: 3-25-08

Before __Arlander Keys__
United States Magistrate Judge
Northern District of Illinois