# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 125 - 1 | DATE | 5/16/2008 |
| CASE TITLE | United States of America vs. Kevin James Bujak | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty to Counts 1, 2 and 3 of the information. Defendant enters plea of guilty to Counts 1, 2 and 3 of the information. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation department for a presentence investigation. Sentencing set for 10/8/2008 at 9:45 a.m.

Docketing to mail notices.

00:20

Courtroom Deputy Initials: WAP