Case No. 08 CR 125
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, Illinois. 60605

MHN

08CR125

To: Honorable Judge Valdez
Cc: Donald V. Young, Attorney of Record, for Defendant Kevin J. Bujak.
Cc: Alison Seigler, Attorney of Record, for Co-Defendant Michelle S. Bujak
Cc: Stephen Chahn Lee, Assistant United States Attorney

FILED
8-27-2008
AUG 27 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFADAVIT

    I am writing this Honorable Court to Express my deep regret, that I, Kevin J. Bujak, and my wife, Michelle S. Bujak have broken a direct Judical Order that was set by the Honorable Judge Valdez, on February 21,2008. I take responsibility for my part of this violation of the bond, that was given to my wife, Michelle S. Bujak. That violation is that, we are not to have contact until the resolution of this case ( 08 CR 125 ). Through coerion, my wife convinced me that we could have contact through a good friend of her's from midlothian, Miss April Buerke, of midlothian, and that "The Court would never find know", so since roughly March 17, 2008. We have had contact through other people and directly by mail, after May 21, 2008, on a regular basis.

    I did not want this issue to come out at my sentencing hearing and look negativly on my character. So I am informing the Court that set the Bond now. I do understand that we are both in "Contempt of Court", but I have been changing who I am, and only by letting the truth be known can I accomplish this goal. Thank You for your time and consideration in these matters.

    I, Kevin J. Bujak, certify under penalty of perjury, that all information & statements above are true and to the best of my knowledge.

x _____Kevin J Bujak_____

Date: 8-23-08