IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 CR 125-1 |
| v. ) | |
| ) | Honorable Harry Leinenweber |
| KEVIN BUJAK ) | Judge Presiding |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Now comes DONALD V. YOUNG and requests leave of Court to withdraw his appearance on behalf of the Defendant, Kevin Bujak, and in support thereof states as follows:

1. Counsel was appointed pursuant to the Criminal Justice Act on February 19, 2008.

2. Counsel has provided Defendant with copies of requested discovery, has visited and conferred with Defendant on six occasions, has negotiated and finalized a plea agreement with the government, and has attended an interview with probation officer Zakary Freeze on August 14, 2008.

3. Defendant has filed a pro se motion alleging that on August 14, 2008 counsel stated he would provide better service for the payment of fifty thousand dollars.

4. Counsel has never had a discussion with defendant regarding money or fees at any time.

5. Based on the blatant false statements of defendant's pro se motion, counsel is no longer able to represent defendant.

WHEREFORE, attorney, DONALD V. Young, requests leave of Court to withdraw his appearance on behalf of Defendant.   .

Respectfully submitted,

/s/  Donald V. Young
DONALD V. YOUNG
Attorneys for Bujak
20 North Clark Street, Suite 1725
Chicago, Illinois 60602
(312) 332-4034