IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CR 125 |
| v. | ) | |
| | ) | Honorable Harry Leinenweber |
| | ) | Judge Presiding |
| Kevin Bujak | ) | |
| Defendant | | |

## NOTICE OF MOTION

TO: Stephen Lee  
Assistant U.S. Attorney  
219 S. Dearborn Street  
5th Floor  
Chicago, Illinois 60604

Kevin Bujak  
MCC  
71 W Van Buren  
Chicago, Ill 60604

On September 10, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Leinenweber, in the courtroom usually occupied by him in Courtroom 1941 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and shall then and there request leave to withdraw as counsel for Kevin Bujak.

/s/ Donald V. Young  
DONALD V. YOUNG  
Attorneys for Kevin Bujak  
20 North Clark Street, Suite 1725  
Chicago, Illinois 60602  
(312) 332-4034

## CERTIFICATE OF SERVICE

The undersigned, DONALD V. YOUNG, hereby certifies that the following document: was served on September 8, 2008, in accordance with Fed. R. Civ. P. 5, LR5.5 and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

/s/ Donald V. Young