## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 125 - 1 | **DATE** | 9/10/2008 |
| **CASE TITLE** | United States of America vs. Kevin Bujak | | |

**DOCKET ENTRY TEXT**

Donald V. Young's Motion to Withdraw is granted. The court appoints the Federal Defender Program to represent the defendant. Sentencing date stricken. Status hearing set for 10/10/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|